Filing # 227213842 E-Filed 07/14/2025 04:25:33 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

CHAD POSEY,

                Plaintiff,

vs.

HARBOR FREIGHT TOOLS USA, INC.,

                Defendant.

CASE NO.:

## COMPLAINT FOR DAMAGES

**COMES NOW** the Plaintiff, CHAD POSEY ("POSEY"), by and through the undersigned attorneys, and sues the Defendant, HARBOR FREIGHT TOOLS USA, INC. ("HARBOR FREIGHT") and alleges as follows:

1. This is an action for damages which exceed the sum of FIFTY THOUSAND ($50,000.00) DOLLARS, exclusive of interest and costs.

2. This is an action for damages predicated upon allegations of strict products liability, negligence and breach of express and implied warranties.

3. HARBOR FREIGHT is a foreign corporation licensed to do business in the state of Florida, and which at all times material hereto, was doing business within Hillsborough County, Florida, therein.

4. The incident giving rise to this complaint occurred within Hillsborough County, Florida, and thus, venue is proper.

5. Additionally, the product which caused the injuries complained of was purchased by POSEY directly from HARBOR FREIGHT within Hillsborough County, Florida, and thus, venue is proper.

6. On or about September 3, 2020, POSEY purchased directly from HARBOR FREIGHT a 10" Compound Miter Saw with Laser Guide bearing serial no.: 370331837

Page 1 of 4

(hereinafter "the Saw") that was manufactured, designed, distributed, and then sold by HARBOR FREIGHT.

7.    At all times material hereto, POSEY was using the Saw in a reasonably foreseeable manner, and in accordance with its intended purpose.

8.    On or about June 4, 2022, while using the Saw in its intended manner, POSEY sustained severe injuries to his hand and fingers.

9.    POSEY's injuries were a direct and proximate result of a manufacturing or design defect in the Saw.  More specifically, the metal clamp intended to hold the piece of wood in place while it was being cut by the blade of the Saw failed, causing POSEY's hand and fingers to be drawn into the blade of the Saw, resulting in severe injuries to POSEY.

## COUNT I – STRICT PRODUCTS LIABILITY

10.    POSEY readopts, realleges and reaffirms each and every allegation contained in paragraphs 1 through 9 as if fully set forth herein.

11.    HARBOR FREIGHT placed the Saw into the stream of commerce in a defective and unreasonably dangerous condition, which was the proximate cause of POSEY's injuries.

12.    More specifically, the defects included, but were not limited to, a defective clamp.

13.    As a direct and proximate result of the defective condition of the Saw that had been designed manufactured, distributed and sold by HARBOR FREIGHT directly to POSEY,  POSEY was injured in and about his body and extremities, sustaining pain and suffering, permanent disability, disfigurement, mental anguish, the expense of hospitalization, medical and nursing care, loss of income and earning capacity, and loss of the enjoyment of life. These injuries are continuing and permanent in nature, and POSEY will continue to suffer from them in the future.

**WHEREFORE**, POSEY demands judgment for damages against HABOR FREIGHT, his costs herein, and further demands trial by jury.

## COUNT II – NEGLIGENCE

14.     POSEY readopts, realleges, and reaffirms each and every allegation contained in paragraphs 1 through 9 as if fully set forth herein.

15.     At all times material hereto, HARBOR FREIGHT owed a duty to POSEY to design, manufacture, distribute, and sell products that were reasonably safe for their intended use.

16.     HARBOR FREIGHT breached that duty owed to POSEY by either:

a)  Failing to properly design the clamp of the Saw with the proper materials, specifications and tolerances so that it would not fail when the Saw was being used in a reasonably foreseeable and intended manner; or

b)  Failing to properly manufacture the clamp of the Saw so that it would not fail when the Saw was being used in a reasonably foreseeable and intended manner.

17.     As a direct and proximate result of HARBOR FREIGHT's negligence, POSEY was injured in and about his body and extremities, sustaining pain and suffering, permanent disability, disfigurement, mental anguish, the expense of hospitalization, medical and nursing care, loss of income and earning capacity, and loss of the enjoyment of life. These injuries are continuing and permanent in nature, and POSEY will continue to suffer from them in the future.

**WHEREFORE**, POSEY demands judgment for damages against HABOR FREIGHT, his costs herein, and further demands trial by jury.

## COUNT III – BREACH OF EXPRESS AND IMPLIED WARRANTY

18.     POSEY readopts, realleges and reaffirms each and every allegation contained in paragraphs 1 through 9 as if fully set forth herein.

19.     HARBOR FREIGHT expressly and/or impliedly warranted that the Saw was safe and fit for its reasonably foreseeable and intended use.

20.     HARBOR FREIGHT breached this express and implied warranty when The Saw failed to conform to these warranties, resulting in severe injuries to POSEY while he was using the Saw in a reasonably foreseeable and intended manner.

21.    POSEY relied upon these warranties and suffered harm as a result of the breach and his reliance.

**WHEREFORE**, POSEY demands judgment for damages against HABOR FREIGHT, his costs herein, and further demands trial by jury.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed through the Florida Courts E-Filing on this 14th day of July 2025.

Respectfully submitted,

**BARON HERSKOWITZ & COHEN**
*Counsel for Plaintiff*
One Datran Center
9100 South Dadeland Blvd., Suite 1704
Miami, FL 33156
Telephone: (305) 670-0101
Facsimile: (305) 670-2393
Service email: Stuart@bhfloridalaw.com
                Zoryana@bhfloridalaw.com

By: /s/ _**Stuart F. Cohen**
Stuart F. Cohen, Esquire
Fla Bar No.: 986178